IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT B. BEIRNE, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:14-CV-3792-LMM-ECS |
| OCWEN LOAN SERVICING, | : |
| | : |
| Defendant. | : |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [15], which recommends that Defendant's Motion to Dismiss [3] be granted and Plaintiff's Motion to Remand [11] be denied.

No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's R&R, Defendant's Motion to Dismiss [3] is **GRANTED** and Plaintiff's Motion to Remand [11] is **DENIED**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 19th day of May, 2015.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE